# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-3057**  September Term, 2023

1:22-cr-00096-CKK-1
1:22-cr-00096-CKK-6
1:22-cr-00096-CKK-8
1:22-cr-00096-CKK-10

**Filed On: May 23, 2024** [2055974]

United States of America,

    Appellee

  v.

John Hinshaw,

    Appellant

------------------------------

Consolidated with 24-3061, 24-3063, 24-3064

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk