# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 24-3064    1a. Criminal Action Number: 1:22-cr-00096-CKK

2. Case Name: United States of America v. Lauren Handy, et al.

3. Appellant's Name: Lauren Handy

  3a. Appellant's Defendant No.: 1    3b. Appellant's Fed. Reg/PDID No. _____

4. Date of conviction 8/29/2023    4a. Date of sentence 5/14/2024

5. Name of District Court Judge Colleen Kollar-Kotelly

6. Date of Notice of Appeal Filed: 5/16/2024

7. Offense(s) of conviction: 18 U.S.C. Sec. 241 (Count 1) and 18 U.S.C. Sec. 248(a)(1) and (2) (Count 2)

8. Did appellant plead guilty?    ○ Yes  ◉ No

9. What sentence was imposed? 57 mos. as to Count 1 and 12 mos. on Count 2, to run concurrently

10. How much of the sentence has appellant served? 9 months and several days -- since 8/29/2023

11. Is appellant challenging the conviction?    ◉ Yes  ○ No

12. Is appellant challenging the sentence?    ◉ Yes  ○ No

13. Has appellant filed a post-conviction motion?    ○ Yes  ◉ No

   If yes, what motion, date filed, and disposition: _____

14. Is appellant incarcerated?    ◉ Yes  ○ No

   If yes, where: Currently in Alexandria, VA Detention Center, 2001 Mill Rd, Alexandria, VA

   If no, address: _____    Phone (____) ____-____

15. Has appellant moved for release pending appeal in District Court?    ○ Yes  ◉ No

   If yes, date filed _____    Disposition: _____

   If no, does defendant intend to file such a motion in the District Court?    ○ Yes  ◉ No

16. Will appellant file a motion for release pending appeal in court of appeals?    ○ Yes  ◉ No

17. Did appellant have court-appointed counsel in District Court?    ◉ Yes  ○ No

18. Does counsel appointed in District Court wish to continue on appeal?    ○ Yes  ○ No

19. Did defendant have retained counsel in district court?    ◉ Yes  ○ No

   If yes, will case proceed on appeal with retained counsel?    ◉ Yes  ○ No

   If no, will appellant seek appointment of counsel on appeal?    ○ Yes  ○ No

   If no, has a motion to proceed in forma pauperis been filed?    ○ Yes  ○ No

20. Has counsel ordered transcripts?    ◉ Yes  ○ No

21. If yes, from what proceedings: From trial and from the sentencing hearing.

22. If yes, when will transcripts be completed? June 19, 2024

23. Did counsel seek expedited preparation of sentencing transcripts?    ○ Yes  ◉ No

Signature /s/Stephen M. Crampton    Date 6/5/2024

Name of Party Lauren Handy

Firm Address 309 West Washington Street, Suite 1250  Chicago, IL 60606

    Phone ( 662 ) 255-9439    Fax ( 312 ) 637-1887

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)