# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3057**  September Term, 2023

1:22-cr-00096-CKK-1
1:22-cr-00096-CKK-6
1:22-cr-00096-CKK-7
1:22-cr-00096-CKK-8
1:22-cr-00096-CKK-10

**Filed On: June 26, 2024** [2061719]

United States of America,

    Appellee

    v.

John Hinshaw,

    Appellant

------------------------------

Consolidated with 24-3061, 24-3063, 24-3064, 24-3086

### O R D E R

It is **ORDERED**, on the court's own motion, that case No. 24-3086 be consolidated with 24-3057, et al.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

            BY:   /s/
                    Scott H. Atchue
                    Deputy Clerk