IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
UNITED STATES,                      )
                                    )
       v.                           )    Case No. 24-3061
                                    )
HERB GERAGHTY                       )
_____)

MOTION FOR INDIVIDUALIZED BRIEFING AND ARGUMENT

Comes now Appellant Herb Geraghty, by counsel, and respectfully requests that he be permitted to file and argue his own appellate brief. Appellant Geraghty is one of five co-defendants conjointly tried before the Trial Court, all of whom are appealing their convictions. Appellant Geraghty, however, stands apart in terms of the evidence presented against him and in terms of procedural issues particular to him to have arisen during the trial. Some of these are adduced in Appellant Geraghty's last pleading to the Trial Court, Motion to Reconsider Motion to Dismiss Under Fed. R. Crim. P. 29 (Doc 577). Others are reflected in the objections – a significant majority of the aggregate defense objections - raised during the trial by Appellant Geraghty's trial counsel, undersigned.

Respectfully Submitted,

HERB GERAGHTY
By Counsel
_____/s/_____
John C. Kiyonaga

120 N. Saint Asaph Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 299-8876
E-mail: john@johnckiyonagaa.com

Counsel for Defendant/Appellant

Certificate of Electronic Service

    I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                      /s/
                                 John C. Kiyonaga