# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CRIMINAL DOCKETING STATEMENT**
(To be completed by appellant)

1. Appellate Case Number: 24-3057    1a. Criminal Action Number: 1:22-cr-00096-CKK-6
2. Case Name: USA v. Hinshaw
3. Appellant's Name: John Hinshaw
    3a. Appellant's Defendant No.: ____    3b. Appellant's Fed. Reg/PDID No. 93685-509
4. Date of conviction 08-29-2023    4a. Date of sentence 05-14-2024
5. Name of District Court Judge: Colleen Kollar-Kotelly
6. Date of Notice of Appeal Filed: 05-14-2024
7. Offense(s) of conviction: 18 USC 241 (conspiracy to rights) 18 USC 248 (block access to repr. rights)
8. Did appellant plead guilty? ☐ Yes ☒ No
9. What sentence was imposed? 21 months' incarceration
10. How much of the sentence has appellant served? 17 months
11. Is appellant challenging the conviction? ☒ Yes ☐ No
12. Is appellant challenging the sentence? ☒ Yes ☐ No
13. Has appellant filed a post-conviction motion? ☐ Yes ☒ No
    If yes, what motion, date filed, and disposition: ____
14. Is appellant incarcerated? ☒ Yes ☐ No
    If yes, where: BOP FMC Fort Devens, MA
    If no, address: ____    Phone ( ) ____-____
15. Has appellant moved for release pending appeal in District Court? ☐ Yes ☒ No
    If yes, date filed ____    Disposition: ____
    If no, does defendant intend to file such a motion in the District Court? ☐ Yes ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals? ☐ Yes ☒ No
17. Did appellant have court-appointed counsel in District Court? ☒ Yes ☐ No
18. Does counsel appointed in District Court wish to continue on appeal? ☐ Yes ☒ No
19. Did defendant have retained counsel in district court? ☐ Yes ☒ No
    If yes, will case proceed on appeal with retained counsel? ☐ Yes ☒ No
    If no, will appellant seek appointment of counsel on appeal? ☒ Yes ☐ No
    If no, has a motion to proceed in forma pauperis been filed? ☐ Yes ☒ No
20. Has counsel ordered transcripts? ☐ Yes ☒ No
21. If yes, from what proceedings: ____
22. If yes, when will transcripts be completed? ____
23. Did counsel seek expedited preparation of sentencing transcripts? ☐ Yes ☒ No

Signature: John David Martorana    Date 10-22-2024
Name of Party: John Hinshaw
Firm Address: 601 Pennsylvania Avenue, NW, Suite 900, Washington, D.C. 20001
Phone ( ) ____-____    Fax ( ) ____-____

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)