**JOHN DAVID MARTORANA**
2413 Sanford Street ~ Alexandria, VA 22301 ~ 571-381-2525 ~ martoranalaw@outlook.com

**BAR MEMBERSHIPS**:　　　　　　　　　　　　　　　　　　Virginia, District of Columbia, Maryland

December 17, 2024

The Honorable Mark Langer, Court Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 200001

Dear Mr. Langer,

　Enclosed please find the Transcript Status Form for the Court's consideration. On December 6, 2024, I was granted access to the District Court's EVoucher system. I completed the requisite CJA-24 form today requesting approximately 21 transcripts that I will need to review Mr. Hinshaw's case and present the Court with his arguable issues on appeal. To date, only six transcripts have been completed. I have requested that the court reporters provide the transcripts in the normal processing time. I anticipate completing the record as it pertains to transcripts shortly after the New Year.

　Thank you, sir, and best wishes for a happy and safe holiday season.

　　　　　　　　　　　　　　　　　　　　　　　Very Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　*John Martorana*

　　　　　　　　　　　　　　　　　　　　　　　John D. Martorana
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar Number 500084
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Mr. Hinshaw

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v. John Hinshaw

**Case No:** 24-3057

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 07-06-2022 | Status Hearing | Lisa Griffith |
| 24-10-2024 | Video Conference | Tammy Nestor |
| 07-03-2023 | Video Conference | Stacy Johns |
| 25-05-2023 | Status Hearing | Christine Asif |
| 08-08-2023 | Status Hearing | Tammy Nestor |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 09-08-2023 | Jury Selection pm | Sefranek |
| 10-08-2023 | Jury Selection pm | Sefranek |
| 11-08-2023 | Trial pm | Sefranek |
| 16-08-2023 | Trial am | Sefranek |
| 21-08-2023 | Trial am | Nestor |
| 24-08-2023 | Trial am | Sefranek |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v. John Hinshaw

**Case No:** 24-3057

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 09-08-2023 | Jury Selection am | Tammy Nestor |
| 10-08-2023 | Jury Selection am | Tammy Nestor |
| 11-08-2023 | Trial am | Tammy Nestor |
| 14-08-2023 | Trial pm | Tammy Nestor |
| 15-08-2023 | Trial am and pm | Nancy Meyer |

**Interim Part II** - The following necessary transcripts have been completed and received.

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW  
Washington, DC 20001-2866  
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v. John Hinshaw

**Case No:** 24-3057

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 16-08-2023 | Trial pm | Tammy Nestor |
| 17-08-2023 | Trial am & pm | Meyer (am) Edwards (pm) |
| 21-08-2023 | Trial pm | Sefranek |
| 22-08-2024 | Trial am & pm | Meyer (am) Nestor (pm) |
| 23-08-2023 | Trial am & pm | Meyer (am) Nestor (pm) |

**Interim Part II** - The following necessary transcripts have been completed and received.

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51  
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v. John Hinshaw

**Case No:** 24-3057

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 24-08-2023 | Trial pm | Tammy Nestor |
| 25-08-2023 | Proceedings | Nancy Meyer |
| 29-08-2023 | Proceedings | Tammy Nestor |
| 14-05-2024 | Sentencing | Sonja Reeves |

**Interim Part II** - The following necessary transcripts have been completed and received.

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)